IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD DALE ZAMORA,

     Petitioner,                      No. 2:12-cv-1922 WBS DAD P

   vs.

TIM VIRGA,

     Respondent.                 FINDINGS & RECOMMENDATIONS

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the preface to the answer filed in this action, counsel for respondent informs the court that respondent will lodge with this court all of the briefs submitted by petitioner on appeal in state court. (Answer (Doc. No. 12).) In the body of the answer counsel for respondent refers to portions of the trial transcript in support of respondent's. (Id. at 7, 10, 13, 17. However, neither petitioner's briefing on appeal in state court which respondent represented would be lodged nor the state court record of the trial proceedings has been lodged with the court.[1] Pursuant to Rule 5(c) and (d) of the Rules Governing Habeas

/////

---

[1] As noted, respondent cites to the state court record in the answer. That record is therefore necessary to resolution of the pending petition and must be lodged with this court.

1

Corpus Cases under Section 2254, respondent will be directed to lodge all of those documents with this court within thirty days.

Accordingly, IT IS ORDERED that, within thirty days from the date of this order, respondent shall lodge the Reporter's Transcript on Appeal, the Clerk's Transcript on Appeal, and the state court briefs and opinions[2] pertaining to petitioner's challenges to his judgment of conviction.

DATED: June 12, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
zamora1922.o

---

[2] The opinion of the California Court of Appeal for the Third Appellate District affirming petitioner's judgment of conviction on appeal was attached to respondent's answer, labeled as Attachment A, and need not be lodged again. Any other relevant state court orders, however, must be lodged with this court by respondent.