UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DALE ZAMORA, | No. 2:12-cv-1922 WBS DAD P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| TIM VIRGA, | |
| Respondents. | |

   Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On July 18, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed July 18, 2013, are adopted in full;

   2. Petitioner's application for a writ of habeas corpus is denied; and

3. For the reasons discussed in the magistrate judge's findings and recommendations, the court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  August 28, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE